IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC ORLANDO REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-261-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On November 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 20.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 20) is ADOPTED, Plaintiff's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED, and this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 10th day of December, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE